127 A.3d 689

IN THE MATTER OF NEIL I. STERNSTEIN, AN ATTORNEY AT LAW (ATTORNEY NO. 012151975).

December 15, 2015.

**ORDER**

This matter have been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in DRB 15–301 of **NEIL I. STERNSTEIN** of **WOODBURY**, who was admitted to the bar of this State in 1975;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.3 (a lawyer shall act with reasonable diligence and promptness in representing a client), *RPC* 1.4(b)

(failure to keep client reasonably informed about the status of a matter and promptly comply with reasonable requests for information), *RPC* 1.15(a) (failure to safeguard funds) and *RPC* 1.15(b) (failure to promptly deliver to the client or third person any funds or other property that the client or third person is entitled to receive);

And the parties having agreed that respondent's conduct violated *RPC* 1.3, *RPC* 1.4(b), *RPC* 1.15(a) and *RPC* 1.15(b), and that said conduct warrants a censure or lesser discipline;

And the Disciplinary Review Board having determined that the stipulated facts support a finding that respondent violated *RPC* 1.15(a) and *RPC* 1.15(b), but not the stipulated violations of *RPC* 1.3 and *RPC* 1.4(b), and having determined that an admonition is the appropriate discipline for respondent's unethical conduct, and having granted the motion for discipline by consent in District Docket No. XIV–2014–0193E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **NEIL I. STERNSTEIN** of **WOODBURY** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.